# EXHIBIT 1

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BESSEMER DIVISION

| | |
|---|---|
| FRENCHIE GREENE, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. CV-2014-900463 |
| WAL-MART STORES EAST, L.P., et al., | ) |
| Defendants. | ) |

### DEFENDANT'S REQUEST FOR ADMISSIONS TO PLAINTIFF

**COMES NOW WAL-MART STORES EAST, L.P.**, the Defendant in the above styled cause, and pursuant to Rule 36 of the *Alabama Rules of Civil Procedure*, requests that the Plaintiff admit or deny the following:

1. That you do not claim in excess of $75,000.00 as total damages in this case, exclusive of interest, attorney's fees or other fees and costs.

2. That you do not intend to claim over $75,000.00 as total damages in this case.

3. That you will not seek over $75,000.00 as total damages in this case.

4. That you waive any amount of damages ever entered in this case in excess of $75,000.00.

5. That you will not accept any award of damages over $75,000.00 in this case.

6. That you agree that the above-stated limitations on your claim for damages will be binding on you, your heirs, representatives, and assigns with regard to all claims made or ever made in this lawsuit against Wal-Mart or any of its employees.

_____
MARDA W. SYDNOR
Attorney for Defendant

**OF COUNSEL:**

PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Suite 300
Birmingham, AL 35216
205-326-6600
msydnor@pljpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading via facsimile and U.S. Mail, postage pre-paid and properly addressed to the following counsel of record in this case:

> Mr. Frank S. Buck
> Ms. Rachel C. Buck
> Mr. James Brooks Leach
> Frank S. Buck, P.C.
> Post Office Box 55089
> Birmingham, AL  35255-5089
> franksbuck@gmail.com
> rachel.buck@frankbucklawoffice.com
> brooks.leach@frankbucklawoffice.com

This the 15th day of August, 2014.

_____
OF COUNSEL