# EXHIBIT 2


ELECTRONICALLY FILED
8/20/2014 11:41 AM
68-CV-2014-900463.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BESSEMER DIVISION

| | |
|---|---|
| **FRENCHIE GREENE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: 2014-900463 |
| | ) |
| **WAL-MART STORES EAST, L.P.,** | ) |
| et al., | ) |
| | ) |
| | ) |

## PLAINTIFF'S REAPONSE TO DEFENDANT'S REQUEST FOR ADMISSIONS

COMES NOW, the Plaintiff, Frenchie Green, by and through undersigned counsel and responds to Defendant, WAL-MART STORES EAST, L.P.'S, Request for Admissions as follows:

1. That you do not claim in excess of $75,000.00 as total damages in this case, exclusive of interest, attorney's fees or other fees and costs.

    **RESPONSE:** *Plaintiff objects to this improper request for admission as being completely outside the scope and purpose of Rule 36 of the Alabama Rules of Civil Procedure. Specifically, this request for admission attempts to require Plaintiff to speculate on the course of future discovery and further, the purpose of Rule 36 is to "expedite the trial and to relieve the parties of the cost of proving facts which will not be disputed at trial," not to pre-try such issues (See A. R. C. P. 36, committee comments on 1973 Adoptions). Without waiving this objection, request for admission - denied.*

2. That you do not intend to claim over $75,000.00 as total damages in this case.

    **RESPONSE:** *Plaintiff objects to this improper request for admission as being completely outside the scope and purpose of Rule 36 of the Alabama Rules of Civil Procedure. Specifically, this request for admission attempts to require Plaintiff to speculate on the course of future discovery and further, the purpose of Rule 36 is to "expedite the trial and to relieve the parties of the cost of proving facts which will not be disputed at trial," not to pre-try such issues (See A. R. C. P. 36, committee comments on 1973 Adoptions). Without waiving this objection, request for admission - denied.*

3. That you will not seek over $75,000.00 as total damages in this case.

*RESPONSE: Plaintiff objects to this improper request for admission as being completely outside the scope and purpose of Rule 36 of the Alabama Rules of Civil Procedure. Specifically, this request for admission attempts to require Plaintiff to speculate on the course of future discovery and further, the purpose of Rule 36 is to "expedite the trial and to relieve the parties of the cost of proving facts which will not be disputed at trial," not to pre-try such issues (See A. R. C. P. 36, committee comments on 1973 Adoptions). Without waiving this objection, request for admission - denied.*

4. That you waive any amount of damage ever entered in this case in excess of $75,000.00.

*RESPONSE: Plaintiff objects to this improper request for admission as being completely outside the scope and purpose of Rule 36 of the Alabama Rules of Civil Procedure. Specifically, this request for admission attempts to require Plaintiff to speculate on the course of future discovery and further, the purpose of Rule 36 is to "expedite the trial and to relieve the parties of the cost of proving facts which will not be disputed at trial," not to pre-try such issues (See A. R. C. P. 36, committee comments on 1973 Adoptions). Without waiving this objection, request for admission - denied.*

5. That you will not accept any award of damages over $75,000.00 in this case.

*RESPONSE: Plaintiff objects to this improper request for admission as being completely outside the scope and purpose of Rule 36 of the Alabama Rules of Civil Procedure. Specifically, this request for admission attempts to require Plaintiff to speculate on the course of future discovery and further, the purpose of Rule 36 is to "expedite the trial and to relieve the parties of the cost of proving facts which will not be disputed at trial," not to pre-try such issues (See A. R. C. P. 36, committee comments on 1973 Adoptions). Without waiving this objection, request for admission - denied.*

6. That you agree that the above-stated limitations will be binding on you, your heirs, representatives, and assigns with regard to all claims made or ever made in this lawsuit against Wal-Mart or any of its employees.

*RESPONSE: Plaintiff objects to this improper request for admission as being completely outside the scope and purpose of Rule 36 of the Alabama Rules of Civil Procedure. Specifically, this request for admission attempts to require Plaintiff to speculate on the course of future discovery and further, the purpose of Rule 36 is to "expedite the trial and to relieve the parties of the cost of proving facts which will not be disputed at trial," not to pre-try such issues (See A. R. C. P. 36, committee comments on 1973 Adoptions). Without waiving this objection, request for admission - denied.*

Respectfully submitted,

/s/ J. Brooks Leach
Frank S. Buck (BUC001)
J. Brooks Leach (LEA009)
Rachel C. Buck (BUC027)
Attorneys for Plaintiffs


OF COUNSEL:
FRANK S. BUCK, P.C.
2160 14th Avenue South
P.O. Box 55089
Birmingham, Alabama 35255-5089
(205) 933-7533


## CERTIFICATE FOR SERVICE

I hereby certify that I have on this the 20th day of July, 2014, served a copy of the foregoing upon all counsel of record, by using ALAFILE, the CM/ECF system, facsimile, hand delivery and/or by placing a copy of the same in the United states Mail, First Class Postage Prepaid to the following:

Marda W. Sydnor
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Suite 300
Birmingham, Alabama 35216

/s/ J. Brooks Leach
OF COUNSEL



**AlaFile E-Notice**

68-CV-2014-900463.00

To: SYDNOR MARDA WALTERS
msydnor@pljpc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FRENCHIE GREENE V. WALMART STORES EAST LP
68-CV-2014-900463.00

The following discovery was FILED on 8/20/2014 11:42:30 AM

Notice Date:    8/20/2014 11:42:30 AM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL 35020

205-497-8510
karen.burks@alacourt.gov



ELECTRONICALLY FILED
8/20/2014 11:41 AM
68-CV-2014-900463.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BESSEMER DIVISION

| | |
|---|---|
| FRENCHIE GREENE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NUMBER: 2014-900463 |
| WAL-MART STORES EAST, L.P., et al., | ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct service copies of the following discovery documents have been served on this date upon all counsel of record.

- Plaintiff's Responses To Defendant's Request For Admissions

/s/ J. Brooks Leach

J. Brooks Leach (LEA009)
Frank S. Buck (BUC001)
Rachel C. Buck (BUC027)
Attorneys for Plaintiff

**OF COUNSEL:**
FRANK S. BUCK, P.C.
2160 14th Avenue South
Birmingham, AL 35205
Telephone: (205) 933-7533

## CERTIFICATE FOR SERVICE

I hereby certify that I have on this the 20th day of July, 2014, served a copy of the foregoing upon all counsel of record, by using ALAFILE, the CM/ECF system, facsimile, hand delivery and/or by placing a copy of the same in the United states Mail, First Class Postage Prepaid to the following:

Marda W. Sydnor
PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway, Suite 300
Birmingham, Alabama 35216

/s/ J. Brooks Leach
OF COUNSEL