ELECTRONICALLY FILED
6/24/2014 3:06 PM
68-CV-2014-900463.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

FILED
2014 Aug-29 PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BESSEMER DIVISION

| | |
|---|---|
| **FRENCHIE GREENE,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) |
| **WAL-MART STORES EAST, L.P.,** | ) |
| **UNKNOWN MANAGER "X",** | ) |
| **a foreign corporation licensed to do** | ) |
| **business in the State of Alabama;** | ) |
| | ) |
| | ) |

There may be other entities whose true names and identities are unknown to the Plaintiff at this time who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in accordance with ARCP 9(h). The word "entity" as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership any and all types of corporations and unincorporated associations. The symbol by which these party Defendants are designated is intended to include more than one entity in the event that discovery reveals that the descriptive characterizations of the symbol applies to more than one "entity". In the present action, the party Defendants whom the plaintiff must include by descriptive characterization are as follows:

**No. 1**, whether singular or plural, that person, firm, corporation or entity that Plaintiff is hereby intending to designate and known only to the Plaintiff as **Wal-Mart Stores East, L.P.;**

**No. 2**, whether singular or plural, that person, firm, corporation or entity that Plaintiff is hereby intending to designate and known only to the Plaintiff as **UNKNOWN MANAGER "X";**

**No. 3**, whether singular or plural, that person, firm, corporation or entity, who or which owned, maintained or had any interest in the premises known as **Wal-Mart Stores East, L.P.,** store #764, located at 750 Academy Drive, Bessemer, AL 35022;

**No. 4**, whether singular or plural, that person, firm, corporation or entity who or which was the lessee of the premises involved in the occurrence made the basis of this lawsuit;

**No. 5**, whether singular or plural, that entity or those entities, the persons, corporations, or other legal entities who designed and constructed the premises known as **Wal-Mart Stores East L.P.;**

**No. 6**, whether singular or plural, that entity or those entities who or which were contracted to clean and maintain the premises including but not limited to the floors of the premises involved in the occurrence made the basis of this lawsuit;

**No. 7**, whether singular or plural, that entity or those entities, the persons, corporations, or other legal entities who designed and constructed the premises known as **Wal-Mart Stores East L.P.**;

**No. 8,** whether singular or plural, that entity or those entities, the persons, corporations, or other legal entities who designed and constructed the premises known as **Wal-Mart Stores East L.P.**;

**No. 9,** whether singular or plural, that entity or those entities, the persons, corporation or other legal entities which were responsible for and who built the premises known as **Wal-Mart Stores East L.P.**;

**No. 10**, whether singular or plural, that entity or those entities, the persons, corporations, or other legal entities who designed and constructed the premises known as **Wal-Mart Stores East L.P.**;

**No. 11**, whether singular or plural, that entity or those entities, the persons, corporations, and other legal entities who were the managers, owners, employees or who were charged with or undertook to insure a safe and hazard-free premises;

**No. 12**, whether singular or plural, that entity or those entities, the persons, corporations, or other legal entities who had responsibility for or undertook cleaning, inspection or otherwise were responsible for maintenance and cleanliness of the area where the Plaintiff, Frenchie Greene, was injured;

**No. 13**, whether singular or plural, that entity or those entities, including, but not limited to general liability insurance carrier of the entity which owned, occupied or maintained the premises involved in the occurrence made the basis of this lawsuit;

**No. 14**, whether singular or plural, that entity or those entities, who or which provided any insurance coverage, of whatever kind or character, for any of the named defendants or fictitious party defendants (#1-16) listed or named herein;

**No. 15**, whether singular or plural, that entity or those entities whose negligence, or wantonness, or other wrongful conduct contributed to cause the occurrence made the basis of Plaintiff's complaint;

**No. 16**, whether singular or plural, that entity or those entities other than entities described above, which is the successor in interest of any of those entities described above;

Plaintiff avers that the identities of the fictitious parties defendant herein is otherwise unknown to Plaintiff at this time or, if their names are known to Plaintiff their identities as proper parties defendant is not known to Plaintiff at this time, and their true names will be substituted by amendment when ascertained,                                       )

Plaintiff avers that the identities of the fictitious party Defendants (#1-16) herein is otherwise unknown to Plaintiff at this time or, if their names are known to Plaintiff their identities as proper party Defendants are not known to Plaintiff at this time, and their true names will be substituted by amendment when ascertained,
)
    **Defendant(s).**                                              )

# COMPLAINT

## PARTIES

COMES NOW, the Plaintiff, Frenchie Greene, an individual, by and through his attorneys, Frank S. Buck, J. Brooks Leach, and Rachel C. Buck, and represents unto this Honorable Court the following:

1. The Plaintiff, Frenchie Greene, is over the age of nineteen years and is a resident citizen of the City of Birmingham, County of Jefferson, State of Alabama.

2. The Defendant, Wal-Mart Stores East, L.P. is a foreign corporation and was conducting business in the State of Alabama at all times pertinent hereto.

## COUNT ONE

## NEGLIGENCE

3. Plaintiff adopts by reference the factual allegations contained in the foregoing Paragraphs of this Complaint as if the same were set forth at this point *in extenso*.

4. The Plaintiff alleges that on or about September 13, 2012, Plaintiff, Frenchie Greene, was a business invitee on the premises of Wal-Mart Stores East, L.P., located at 750 Academy Drive in the City of Bessemer, County of Jefferson, State of Alabama.

5. The Plaintiff further alleges that on said date and at said place, the Plaintiff, Frenchie Greene, was caused to slip, trip and fall, thereby causing him serious personal injuries.

6. The Plaintiff further alleges that on said date and at said place, the Defendant, Wal-Mart Stores East, L.P., including the on duty managers and/or assistant managers, and those defendants designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), negligently maintained the area where the Plaintiff Frenchie Greene was injured and negligently failed to inspect and provide a safe and hazard-free premises in the area where the Plaintiff Frenchie Greene was injured.

7. The Plaintiff further alleges that the Defendant, including the on duty managers and/or assistant managers, and those defendants designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), had a duty to provide a safe, secure and hazard-free establishment for patrons, including the Plaintiff, on said premises.

8. The Plaintiff further alleges that the Defendant, including the on duty managers and/or assistant managers, and those defendants, designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), were negligent in their maintenance of the area where the Plaintiff Frenchie Greene was injured, and that the Defendants' negligence rendered said area a hazard and otherwise dangerous condition for individuals, including the Plaintiff, utilizing the area.

9. The Plaintiff further alleges that the Defendant, including the on duty managers and/or assistant managers, and those defendants designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), negligently caused and/or allowed an

inherently dangerous condition to exist on said premises and failed to warn the Plaintiff or other members of the public about such dangers.

      10.      The Plaintiff further alleges that as a direct and proximate result of aforesaid negligence, on the part of the Defendant, including the on duty managers and/or assistant managers, and those defendants designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), Frenchie Greene was proximately caused to suffer the following injuries and damages, to wit:

      a.      Plaintiff was caused to suffer various injuries;
      b.      Plaintiff was caused to seek medical treatment in and about his efforts to heal and cure his injuries and will be caused to incur additional bills in the future;
      c.      Plaintiff was caused to incur medical bills, hospital bills, doctors' bills and prescription expenses in an effort to cure his injuries and will be caused to incur additional bills in the future;
      d.      Plaintiff was caused to suffer physical pain, suffering and discomfort;
      e.      Plaintiff was caused to suffer mental anguish, distress and embarrassment.
      f.      Plaintiff was caused to suffer permanent injury and permanent physical impairment.
      g.      Plaintiff was caused to have to undergo surgery and rehabilitation in an effort to heal.

      11.      The Plaintiff avers that on said occasion, the negligence of all Defendants, including those designated as fictitious parties (#1-16) (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), combined and concurred, caused the Plaintiff to be injured and damaged as set forth above.

## COUNT TWO

## WANTONNESS

12. Plaintiff adopts by reference the factual allegations contained in the foregoing Count of this Complaint as if the same were set forth at this point *in extenso*.

13. The Plaintiff alleges that on or about September 13, 2012, Plaintiff, Frenchie Greene, was a business invitee on the premises of Wal-Mart Stores East, L.P. Inc. located in the City of Bessemer, County of Jefferson, State of Alabama.

14. The Plaintiff further alleges that on said date and at said place, the Plaintiff, Frenchie Greene, was caused to slip, trip and fall, thereby causing him serious personal injuries.

15. The Plaintiff further alleges that on said date and at said place, the Defendant, Wal-Mart Stores East, L.P., including the on duty managers and/or assistant managers, and those defendants designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), wantonly maintained the area where the Plaintiff Frenchie Greene was injured and wantonly failed to inspect and provide a safe and hazard-free premises in the area where the Plaintiff Frenchie Greene was injured.

16. The Plaintiff further alleges that the Defendant, including the on duty managers and/or assistant managers, and those defendants designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), had a duty to provide a safe, secure and hazard-free establishment for patrons, including the Plaintiff, on said premises.

17. The Plaintiff further alleges that the Defendant, a including the on duty managers and/or assistant managers, and those defendants, designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), were wanton in their maintenance of the area where the Plaintiff Frenchie Greene was injured, and that the Defendants' wantonness rendered said area a hazard and otherwise dangerous condition for individuals, including the Plaintiff, utilizing the area.

18. The Plaintiff further alleges that the Defendant, including the on duty managers and/or assistant managers, and those defendants designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), wantonly caused and/or allowed an inherently dangerous condition to exist on said premises and failed to warn the Plaintiff or other members of the public about such dangers.

19. The Plaintiff further alleges that as a direct and proximate result of aforesaid wantonness, on the part of the Defendant, including the on duty managers and/or assistant managers, and those defendants designated as fictitious parties (#1-16), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), Frenchie Greene, was proximately caused to suffer the following injuries and damages, to wit:

> a. Plaintiff was caused to suffer physical pain suffering and mental anguish;
> b. Plaintiff was caused to seek medical treatment in and about his efforts to heal and cure his injuries and will be caused to incur additional bills in the future;
> c. Plaintiff was caused to incur medical bills, hospital bills, doctors' bills and prescription

       expenses in an effort to cure his injuries and will be caused to incur additional bills in the future;
   d. Plaintiff was caused to suffer physical pain and discomfort;
   e. Plaintiff was caused to suffer mental anguish, distress and embarrassment;
   f. Plaintiff was caused to be permanently injured.
   g. Plaintiff was caused to suffer permanent physical impairment.
   h. Plaintiff was caused to have to undergo surgery and rehabilitation in an effort to heal.

20. The Plaintiff avers that on said occasion, the wantonness of all Defendants, including those designated as fictitious parties (#1-16) (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), combined and concurred, caused the Plaintiff to be injured and damaged as set forth above.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, demands judgment against the Defendants in an amount to be determined and assessed by this trier of fact, including compensatory and punitive damages, plus interest and costs of this litigation.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

       /s/ J. Brooks Leach
       Frank S. Buck (BUC001)
       Rachel C. Buck (BUC027)
       J. Brooks Leach (LEA009)
       Attorneys for Plaintiff

**OF COUNSEL:**
FRANK S. BUCK, P.C.
2160 14th Avenue South
Post Office Box 55089
Birmingham, Alabama 35255-5089
Telephone:   (205) 933-7533
Facsimile:    (205) 933-7545

**PLAINTIFF'S ADDRESS:**
Frenchie Greene
c/o Frank S. Buck, P.C.
2160 14th Avenue South
Birmingham, Alabama 35205

## PLAINTIFF DEMANDS A TRIAL BY JURY

## DEFENDANT TO BE SERVED BY CERTIFIED MAIL

**DEFENDANT'S ADDRESS:**
Walmart Stores East, L.P.
c/o CT Corporation System
2 N. Jackson Street, Ste. 605
Montgomery, AL 36104

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| **FRENCHIE GREENE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) |
| **WAL-MART STORES EAST, L.P.** | ) |
| **a foreign corporation licensed to do** | ) |
| **business in the State of Alabama;** | ) |
| | ) |
| | ) |
| **Defendant(s).** | ) |

### SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the *Alabama Rules of Civil Procedure*.

    **Notice To:**    Walmart Stores East, L.P.
                            c/o CT Corporation System
                            2 N. Jackson Street, Ste. 605
                            Montgomery, AL 36104

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to J. Brooks Leach the lawyer for the Plaintiff whose address is: 2160 14th Avenue South, P.O. Box 55089, Birmingham, Alabama 35205. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT, AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                                                                           _____
                                                                                                           CLERK OF COURT

DATED: _____

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| **FRENCHIE GREENE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )CIVIL ACTION NUMBER: |
| | ) |
| **WAL-MART STORES EAST, L.P.** | ) |
| **a foreign corporation licensed to do** | ) |
| **business in the State of Alabama;** | ) |
| | ) |
| | ) |
| **Defendant(s).** | ) |

## REQUEST FOR CERTIFIED MAIL

Pursuant to Rule 4.1 (c) of the *Alabama Rules of Civil Procedure*, I hereby request that the attached documents be served on the Defendant named above by certified mail.


DATE: June 24, 2014                    /s/ J. Brooks Leach
                                        Frank S. Buck (BUC001)
                                        Rachel C. Buck (BUC027)
                                        J. Brooks Leach (LEA009)
                                        Attorneys for Plaintiff


**OF COUNSEL:**
FRANK S. BUCK, P.C.
2160 14th Avenue South
Post Office Box 55089
Birmingham, Alabama 35255-5089
Telephone:    (205) 933-7533
Facsimile:    (205) 933-7545