FILED
2016 Jun-28 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FRENCHIE GREENE,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:14-cv-01684-RDP |
| **WAL-MART STORES EAST, L.P.,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

For the reasons explained in the accompanying memorandum opinion, the court respectfully declines to follow the Magistrate Judge's Report and Recommendation recommending that Defendant's Motion for Summary Judgment (Doc. # 20) be denied. Defendant's Objection to the Report and Recommendation (Doc. # 33) is **SUSTAINED**. Defendant's Motion for Summary Judgment (Doc. # 20) is **GRANTED**. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that final judgment be entered in favor of Defendant Wal-Mart Stores East, L.P., and against Plaintiff, Frenchie Greene. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this June 28, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE